Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

### District of Massachusetts

| | |
|---|---|
| **Charles Clark, Pro Se, case no(s)** **07-REG-43414, 2023-P-0747, FAR-29948-2023** ) ) ) | Case No. _____ |
| _____ ) ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) *(Write the full name of each plaintiff who is filing this complaint.* ) *If the names of all the plaintiffs cannot fit in the space above,* ) *please write "see attached" in the space and attach an additional* ) *page with the full list of names.)* ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- ) ) | |
| **Massachusetts Land Court, Judge Robert B. Foster,** ) **Massachusetts Court of Appeals, Massachustts** ) ) | |
| _____ ) ) | |
| *Defendant(s)* ) *(Write the full name of each defendant who is being sued. If the* ) *names of all the defendants cannot fit in the space above, please* ) *write "see attached" in the space and attach an additional page* ) *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####     A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Clark, Pro Se |
| Street Address | 30 Old Hyannis Road |
| City and County | Yarmouth Port, Barnstable County |
| State and Zip Code | MA, 02675 |
| Telephone Number | 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 |
| E-mail Address | hallet02675@gmail.com |

####     B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| **Name** | Massachusetts Land Court. Foster, Robert B, Presiding |
| Job or Title *(if known)* | Massachusetts Land Court and Presiding Justice. |
| Street Address | Three Pemberton Square |
| City and County | Boston, Suffolk County |
| State and Zip Code | MA, 02108 |
| Telephone Number | 617-788-7423 |
| E-mail Address *(if known)* | charles.brennan@jud.state.ma.us     (clerks office) |

### Defendant No. 2

| | |
|---|---|
| Name | Massachusetts Court of Appeals, Justices/Clerks |
| Job or Title *(if known)* | Massachusetts Court of Appeals, Presiding Justices/Clerks |
| Street Address | One Pemberton Square, Room 1200 |
| City and County | Boston,   Suffolk County |
| State and Zip Code | MA, 02108 |
| Telephone Number | 617-921-4443 |
| E-mail Address *(if known)* | no email address given or available |

### Defendant No. 3

| | |
|---|---|
| Name | Foster, Robert B |
| Job or Title *(if known)* | Judge |
| Street Address | Three Pemberton Square |
| City and County | Boston   Suffolk |
| State and Zip Code | MA 02108 |
| Telephone Number | 617-788-7423 |
| E-mail Address *(if known)* | charles.brennan@jud.state.ma.us     (clerks office) |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment - Due Process Clause:

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

    **b.**    **If the defendant is a corporation**

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    **3.**    **The Amount in Controversy**

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
No money at this time - Application of the Law, based in facts and not-refuted evidence, adherence to due process and the required attention to dispostive evidence.

---

**III.**    **Statement of Claim**    See Attachment

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was denied rights to his property based upon extra legal rulings by Defendants which, in addition, lacked rationale (which was specifically requested) from which to form a plan of action or response. Defendants based findings upon older, not recently amended, Brief and Appendix, which corrupted the process by Defendants misleading themselves, based on their use and application of information and documents they knew to be incorrect and for which they had correct amended documents. Further, Defendants made decisions, took actions, issued rulings, voided a valid deed in an extortionate plan to force an outcome (forcing an Adverse Possession action) under an implied threat of losing all rights, title and interest, and by "voiding" the deed (which is a valid).

**IV.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No money at this time - Application of the Law, based in facts and not-refuted evidence, adherence to due process and the required attention to recorded dispositive evidence. Resulting in the ownership of property secured by a Redemption taking place in 1892 according to Law, as established by a documentary chain, respecting the statute of limitations, rules of Legal Standing, due process and equal treatment under Law, each of which Defendants have failed to provide and in doing so violated the Constitution of the United States of America.

Result desired: Clear title to said real property to Plaintiff

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

**Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.**

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/14/2025

Signature of Plaintiff        x
Printed Name of Plaintiff     Charles Clark, Pro Se

### B.    For Attorneys

Date of signing:

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Street Address                _____
State and Zip Code            _____
Telephone Number              _____
E-mail Address                _____

ATTACHMENT RE: III:  STATEMENT OF CLAIM


STATEMENT OF CLAIM:

Plaintiff was denied rights to his property based upon extra legal rulings by Defendants which, in addition, lacked rationale (which was specifically requested) from which to form a plan of action or response.  Defendants based findings upon older, not recently amended, Brief and Appendix, which corrupted the process by Defendants misleading themselves, based on their use and application of information and documents they knew to be incorrect and for which they had correct amended documents. Further, Defendants made decisions, took actions, issued rulings, voided a valid deed in an extortionate plan to force an outcome (forcing an Adverse Possession action) under an implied threat of losing all rights, title and interest, and by "voiding" the deed (which is a valid).  A judge must ensure fair proceedings. Ignoring or refusing to consider properly submitted evidence, which recorded Dispositive evidence would require Defendant to follow the Law, but, instead, Defendants changed and ignored the Law, absent any objection to said evidence, without any legislation, and without any Rationale or Foundation, in violation of plain Law spanning Common Law forward. Further, the Defendant's allowed a required party to fail to post a legally required bond over Plaintiff's objection. Defendant's allowed the adverse party to change their self-description for a period those parties described themselves as "owners". recently they described themselves as "buyers".  This list could go on, all of this constitutes violations of due process or equal treatment under Law.

Re: MGL Acts and Resolves of 1888, Chapter 390 Section 57, and other relevant sections, an attendant issue of Statute of limitations, Jurisdiction, an attendant issue of Legal Standing, A primary issue of dispositive evidence being refused, absent any objection to same. Mass. Court of Appeals never reviewed the submitted evidence Appendix or Brief, due to "an error on the docket", thus Plaintiff was further deprived of the administration of equal treatment under Law.