UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2025 JUL 18 PM 12: 17

DISTRICT OF MASS.

DOCKET NO.
FED-1-25-CV- 10046JEK
Judge Judy E. Kobick

CHARLES CLARK
Plaintiff Pro.se

Vs.
MASSACHUSETTS LAND COURT,
JUDGE Robert B. Foster
MASSACHUSETTS COURT OF APPEALS,
Defendants

## MOTION: OBSTRUCTION OF JUSTICE AND DEMAND FOR JURY TRIAL UNDER RULE 15, Article XV

**To the Honorable Judge Judy E. Kobick**

Plaintiff Charles Clark, appearing *pro se*, hereby moves this Court to acknowledge and act upon **obstruction of justice** in this matter, specifically arising from Judge Robert Foster's refusal to recuse himself after his written statement indicating he would do so upon proper filing. On July 8 2025. Mr. Clark asserts that all filings necessary to trigger that recusal have been submitted, and the ongoing delay in assigning this case to a jury constitutes a violation of Mr. Clark's **14th Amendment right to due process** and a breach of **Rule 15 of civil procedure.**

## Background and Legal Grounds:

1. **Rule 15** provides the right to amend pleadings and to ensure that issues are tried by a jury when properly requested. Mr. Clark has **repeatedly requested a jury trial, including in prior motions and filings. This** request has not been honored. Further, **"Article XV (1780)"** (The Constitution of The Commonwealth of Massachusetts).

"In all controversies concerning property, and in all suits between two or more persons, except in cases in which it has heretofore been otherways used and practiced, the parties have a right to a trial by jury; and this method of procedure shall be held sacred, unless, in causes arising on the high seas, and such as relate to mariners' wages, the legislature shall hereafter find it necessary to alter it."

2. Judge Foster **clearly stated on the record that he would recuse himself if such District Court filings were made. They have been made.** His continued involvement, despite this promise, and his refusal to assign the case to a jury which is my "sacred" and "inviolable" right" "in all controversies concerning property", is now **delaying resolution, obstructing fair and due process, and preventing a constitutionally guaranteed trial.**

3. Under the **14th and 5th Amendment**, all litigants are entitled to equal protection and due process of law. By refusing to recuse and delaying a jury trial, **Judge Foster is, further, obstructing Mr. Clark's access to justice.**

4. The facts in this case are simple, historical, and documented. The jury is fully capable of understanding and deciding them — as would have been done in 1892 under straightforward land and title law.

5. **If Judge Foster and Attorney Peter Daigle are confident that their legal positions are correct and the law was properly followed, a jury should easily affirm that outcome.** *The persistent avoidance of a jury only raises concern that the law has not been properly applied, and that errors, bias, or misrepresentation are present.*

6. This case has dragged on for over 40 years. There is no legal or procedural justification to delay it further when **standing, title, Redemption, and statute of limitations** are clearly documented in the public record.

## REQUESTED RELIEF:

- That **Judge Foster recuse himself immediately as he stated he would do;**
- That his prior orders be vacated;
- That this case be assigned to a new judge who cleaves to both Law and the Code of Judicial Ethics;
- That **Mr. Clark's right to a jury trial under Article XV of the Constitution of Massachusetts, Rule 15 and the 14th and 5th Amendment's to the Constitution of The United States, be enforced without delay;**
- That the **District Court now enforce Mr. Clark's civil rights**, as the current judicial actions have obstructed and delayed resolution in violation of both the Constitution of the United States and The Commonwealth of Massachusetts;
- That this Court recognize that further delay constitutes **obstruction of justice** and violates both **statutory and constitutional law.**

July 16, 2025

Respectfully submitted,

Charles Clark
Plaintiff Pro Se

## CERTIFICATE OF SERVICE
I hereby certify that a copy of this document was mailed to all parties of record on this day

July 16, 2025

## OBSTRUCTION OF JUSTICE

Charles Clark Pro se

Mail or E-mail to all

Aaron Macris
Office of the Attorney General
One Ashburton Place
Boston, Ma. 02108-1518
Assistant Attorney General
Aaron Macris

July 16, 2025